1  Catharine M. Tolson, Esq., SBN 271223
   GOODMAN, NEUMAN, HAMILTON
2  100 Bush Street, Suite 1800
   San Francisco, CA 94104
3  T: 415/705-0400
   ctolson@gnhllp.com
4
5  Attorneys for plaintiff
   STATE NATIONAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| STATE NATIONAL INSURANCE COMPANY, a Texas corporation, | Case No. 2:25-cv-7863 |
|---|---|
| Plaintiff, | **STATE NATIONAL INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| AMIR MOSTAFAVI, TRUSTEE OF THE NM FAMILY TRUST, Dated July 10, 2018; and SHLOMI ABITTAN, individually and dba Your Prime Contractor; and DOES 1-50, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), *et seq.*, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

1
CERTIFICATE OF INTERESTED PARTIES                    CASE NO. 2:25-CV-7863

1. Plaintiff State National Insurance Company, Inc. is a Texas insurance company, which is the direct subsidiary of State National Intermediate Holdings, Inc., a Texas corporation.

2. State National Intermediate Holdings, Inc. is a direct subsidiary of T.B.A. Insurance Group, Ltd., a Texas partnership between two Nevada LLCs, whose parent is State National Companies, Inc., a Delaware corporation.

3. State National Companies, Inc.'s parent company is Markel Corporation.

4. Markel Corporation is publicly traded on the New York Stock Exchange under "MKL."  No corporation owns 10% or more of the stock of State National Insurance Company.

Dated:   August 21, 2025          GOODMAN, NEUMAN, HAMILTON, LLP

By: */s/ Catharine M. Tolson*
Brandt L. Wolkin, Esq.
Catharine M. Tolson, Esq.

Counsel for Plaintiff
STATE NATIONAL INSURANCE COMPANY