# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NUMBER: |
| STATE NATIONAL INSURANCE COMPANY | 2:25–cv–07863–SPG–SK |
| Plaintiff(s), | |
| v. | |
| AMIR MOSTAFI, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/7/2025__

Document No.:   __11__

Title of Document:   __Motion to Dismiss__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _October 8, 2025_          By: _/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov_
                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS