AMIR MOSTAFAVI, ESQ. (SBN: 282372)
**MOSTAFAVI LAW GROUP, APC**
15243 La Cruz Dr., #67
Pacific Palisades, California 90272
Telephone: (310) 849-2030
Facsimile: (310) 473-2222
amir@mostafavilaw.com

*Attorneys for Plaintiff Amir Mostafavi, Trustee of the NM Family Trust, Dated July 10, 2018*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMIR MOSTAFAVI, TRUSTEE OF THE NMFT FAMILY TRUST, Dated July 10, 2018; and SHLOMI ABITTAN, individually and dba Your Prime Contractor; and DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-07863 SPG (SKx)<br><br>*[Assigned to Judge Sherilyn Peace Garnett]*<br><br>**AMIR MOSTAFAVI, TRUSTEE OF THE NMFT FAMILY TRUST, Dated July 10, 2018's CERTIFICATE OF INTERESTED PARTIES**<br><br>*[filed concurrently with Memorandum of Points & Authorities, declaration of amir Mostafavi and [proposed] order]*<br>Date: November 12, 2025<br>Time: 11:00 am |

1

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), et seq., the undersigned certifies that
2  the following listed persons, associations of persons, firms, partnerships, corporations (including
3  parent corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
5  matter or in a party that could be substantially affected by the outcome of this proceeding:

6  Defendant Amir Mostafavi, is the Trustee of the NM Family Trust, Dated July 10, 2018,
7  a revocable family trust and legal owner of the Property subject to the action located at 1407
8  Monte Grande Pl., Pacific Palisades, California 90272.

Dated: October 8, 2025         **MOSTAFAVI LAW GROUP, APC**

*Amir Mostafavi*

By:_____
AMIR MOSTAFAVI, Esq.
Attorney for Plaintiff, NM Family Trust
Dated July 10, 2018

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18. My business address is 15243 La Cruz Dr., 67, Pacific Palisades, California 90272. I am readily familiar with the business practice of processing of documents for service for Mostafavi Law Group, APC. September 10, 2025, I served a true and correct copy of the foregoing document(s) described as:

**AMIR MOSTAFAVI, TRUSTEE OF THE NMFT FAMILY TRUST, Dated July 10, 2018's CERTIFICATE OF INTERESTED PARTIES**

On all the following interested parties as indicated below:

| Catharine M. Tolson, Esq., SBN 271223<br>GOODMAN, NEUMAN, HAMILTON 100 Bush Street, Suite 1800 San Francisco, CA 94104 T: 415/705-0400 ctolson@gnhllp.com Attorneys for plaintiff STATE NATIONAL INSURANCE COMPANY | Schilleci & Tortorici, p.c.<br>Jason p. Tortorici; Anthony c. Kohrs<br>21225 pacific coast Hwy, suite C, Malibu, ca 90265<br>Telephone (424) 255-6009 \| Facsimile (205)623-3700<br>Jpt@schillecitortoricilaw.com<br>ack@themillenniallawyer.com<br>Attorneys for defendant state national insurance company |
|---|---|

by causing service by the method indicated below:

  U.S. Mail – By placing a copy of said document(s) in a sealed envelope with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service via U.S. First Class Mail, following this office's business practices.

  Overnight Delivery - By placing a copy of said document(s) in a sealed prepaid overnight envelope or package, and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this office's business practices.

  Personal Service – By personally delivering said document(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above.

  Facsimile – By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by parties or attorneys of the record.

X  Electronic Service – By electronically sending a copy of said document(s) to the attorney or party as stated above and as agreed upon, in writing, by the parties, or their attorneys of the record.

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on September 10, 2025, at Los Angeles, California.

*Amir Mostafavi*
_____
Amir Mostafavi