Brandt L. Wolkin, Esq., SBN 112220
Catharine M. Tolson, Esq., SBN 271223
GOODMAN, NEUMAN, HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
T: 415/705-0400
bwolkin@gnhllp.com
ctolson@gnhllp.com

Attorneys for plaintiff
STATE NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMIR MOSTAFAVI, TRUSTEE OF THE NM FAMILY TRUST, DATED JULY 10, 2018; AND SHLOMI ABITTAN, INDIVIDUALLY AND DBA YOUR PRIME CONTRACTOR; and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-7863-SPG-SK<br><br>**STIPULATED JUDGMENT FOR DECLARATORY RELIEF** |

Plaintiff/Cross-Defendant STATE NATIONAL INSURANCE COMPANY ("SNIC") and Defendant SHLOMI ABITTAN, individually and dba Your Prime Contractor ("Abittan")(collectively "the Parties"), hereby stipulate and agree as follows:

1. SNIC initiated this action for a declaration concerning the rights and the obligations of the Parties under commercial general liability policy number NXTYHC6TE9-01-GL, effective August 4, 2022 through August 4, 2023 (the "Policy"), issued to individual/sole proprietor Shlomi Abittan/Your

1

1. Prime Contractor, with respect to an underlying construction suit titled *Amir Mostafavi, Trustee of the NM Family Trust, Dated July 10, 2018 v. Your Prime Contractor, Inc. dba Prime Construction, et al.,* Superior Court of California for the County of Los Angeles, Case No. 23SMCV05401 (the "Underlying Action"). SNIC sought judgment declaring it has no coverage obligation to Abittan with respect to the Underlying Action because: (1) the Policy at issue was cancelled prior to commencement of work on the project at issue in the Underlying Action, and therefore there could be no "property damage" caused by an "occurrence" during the policy period; and (2) even if the Policy were in effect for any portion of the work performed, SNIC insures only the individual and sole proprietor Shlomi Abittan dba Your Prime Contractor. The construction contract under which Mostafavi seeks to recover its damages was entered into as between Mostafavi and Your Prime Contractor, Inc., with work performed under Your Prime Contractor, Inc.'s contractor's license number 1031676. Your Prime Contractor, Inc. is not an insured under the SNIC Policy; and (3) even if the Policy were in effect for any portion of the work, and even if its insured did perform work on the project, the business risk exclusions on the Policy operate to preclude coverage because any potential property damage would be property damage to "your work" which is specifically precluded under the Policy.

2. The Parties have entered into a settlement agreement, and pursuant thereto, agree that judgment shall be entered in favor of SNIC and against Abittan as follows and as set forth in the attached Proposed Order of Judgment in Favor of SNIC:

IT IS STIPULATED that Judgment shall be entered in favor of SNIC as to its first cause of action for Declaratory Relief- Duty to Defend and its second cause of action Declaratory Relief – Duty to Indemnify, as the Parties agree that there is no coverage for the Underlying Action under the SNIC Policy

because the Policy at issue was cancelled prior to commencement of work on the project at issue in the Underlying Action, and therefore there could be no "property damage" caused by an "occurrence" during the policy period, and even if the Policy were in effect for any portion of the work performed, SNIC insures only the individual and sole proprietor Shlomi Abittan dba Your Prime Contractor.  The construction contract under which Mostafavi seeks to recover its damages was entered into as between Mostafavi and Your Prime Contractor, Inc., with work performed under Your Prime Contractor, Inc.'s contractor's license number 1031676.  Your Prime Contractor, Inc. is not an insured under the SNIC Policy; and finally because even if the Policy were in effect for any portion of the work, and even if its insured did perform work on the project, the business risk exclusions on the Policy operate to preclude coverage because any potential property damage would be property damage to "your work" which is specifically precluded under the Policy.

     IT IS FURTHER STIPULATED that the judgment shall become final for all purposes upon entry of judgment, and SNIC and Abittan waive any right to appeal or seek review of this judgment by a higher court.  The Parties further agree that each party will bear their own fees and costs.

     Abittan hereby expressly waives notice of entry of judgment, and notice of and right to any hearing regarding entry of judgment.

     The Parties agree that this Stipulation and Judgment are entered into without coercion or collusion, and after a good faith negotiation, with both parties having the opportunity to consult legal counsel and fully understanding the implications of this agreement.

///

///

///

///

1    IT IS SO STIPULATED.

2    Dated:    October 20, 2025          GOODMAN NEUMAN HAMILTON LLP

*/s/ Catharine M. Tolson*

By: _____
Brandt L. Wolkin, Esq.
Catharine M. Tolson, Esq.

Counsel for Plaintiff STATE NATIONAL INSURANCE COMPANY

Dated:    October 20, 2025

*/s/ Shlomi Abittan*

By: _____
Shlomi Abittan, individually and dba Your Prime Contractor

*In pro per*

# SIGNATURE ATTESTATION

Pursuant to this Court's local rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatories listed on the signature page.

Dated: October 20, 2025

GOODMAN NEUMAN HAMILTON LLP

By: */s/ Catharine M. Tolson*

Catharine M. Tolson, Esq.
Counsel for Plaintiff STATE NATIONAL INSURANCE COMPANY