Brandt L. Wolkin, Esq., SBN 112220
Catharine M. Tolson, Esq., SBN 271223
GOODMAN, NEUMAN, HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
T: 415/705-0400
bwolkin@gnhllp.com
ctolson@gnhllp.com

Attorneys for plaintiff
STATE NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMIR MOSTAFAVI, TRUSTEE OF THE NM FAMILY TRUST, DATED JULY 10, 2018; AND SHLOMI ABITTAN, INDIVIDUALLY AND DBA YOUR PRIME CONTRACTOR; and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-7863-SPG-SK<br><br>**[PROPOSED] ORDER OF JUDGMENT PURSUANT TO STIPULATED JUDGMENT FOR DECLARATORY RELIEF** |

Pursuant to the Stipulation for Judgment entered into between Plaintiff STATE NATIONAL INSURANCE COMPANY ("SNIC") and defendant SHLOMI ABITTAN, individually and dba Your Prime Contractor ("Abittan") the Court finds it appropriate to enter Judgment in favor of SNIC as follows:

Judgment is hereby entered in favor of SNIC as to its first cause of action for Declaratory Relief- Duty to Defend and its second cause of action Declaratory Relief – Duty to Indemnify as the parties agree that there is no coverage for the Underlying Action under the SNIC Policy because the Policy at issue was cancelled prior to commencement of work on the project at issue

in the Underlying Action, and therefore there could be no "property damage" caused by an "occurrence" during the policy period, and even if the Policy were in effect for any portion of the work performed, SNIC insures only individual and sole proprietor Shlomi Abittan dba Your Prime Contractor. The construction contract under which Mostafavi seeks to recover its damages was entered into as between Mostafavi and Your Prime Contractor, Inc., with work performed under Your Prime Contractor, Inc.'s contractor's license number 1031676. Your Prime Contractor, Inc. is not an insured under the SNIC Policy; and finally because even if the Policy were in effect for any portion of the work, and even if its insured did perform work on the project, the business risk exclusions on the Policy operate to preclude coverage because any potential property damage would be property damage to "your work" which is specifically precluded under the Policy.

With judgment hereby entered in favor of SNIC, Abittan is dismissed from the Action on the merits with prejudice. Upon entry of judgement herein, this judgment is final for all purposes.

IT IS SO ORDERED.

Date: _____

The Honorable Judge Sherilyn Peace Garnett,
Judge for the United States District Court,
Central District of California