JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMIR MOSTAFAVI, TRUSTEE OF THE NM FAMILY TRUST, Dated July 10, 2018; SHLOMI ABITTAN, individually and dba Your Prime Contractor; and DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-07863-SPG-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant Amir Mostafavi's Motion to Dismiss, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: January 13, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE