UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-07863-SPG-SK | Date | February 10, 2026 |
| Title | State National Insurance Company v. Amir Mostafavi et al. | | |

Present: The Honorable **SHERILYN PEACE GARNETT**
**UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**      (IN CHAMBERS) ORDER DENYING STIPULATION FOR JUDGMENT [ECF NO. 14] AND REQUEST FOR CLARIFICATION [ECF NO. 24]

Plaintiff State National Insurance Company ("SNIC") filed this action to seek a declaratory judgment that there is no insurance coverage available to Defendant Shlomi Abittan, doing business as Your Prime Contractor, in connection with a state court lawsuit. *See* (ECF No. 1 ¶ 9). On October 7, 2025, Defendant Amir Mostafavi ("Mostafavi") filed a motion to dismiss this action in light of a pending parallel state court proceedings. *See* (ECF No. 11 ("Motion to Dismiss")). In state court, Mostafavi requested a declaratory judgment that the policy SNIC issued to Abittan would cover Abittan's liability in connection with a pending lawsuit between Mostafavi and Abittan. *See* (ECF No. 11-1 at 132-34 ¶¶ 132-39).

On October 20, 2025, SNIC entered into a stipulation with Abittan for a declaratory judgment. *See* (ECF No. 14 ("Stipulation")). In the Stipulation, SNIC and Abittan agreed that "there is no coverage" available to Abittan in connection with Mostafavi's lawsuit against Abittan. *See* (*id.*). Pursuant to the Stipulation, SNIC and Abittan requested that the Court enter judgment for SNIC against Abittan. *See* (*id.*); *see also* (ECF No. 14-1). In light of the pending motion to dismiss, the Court deferred ruling on the Stipulation until it determined whether to exercise jurisdiction over this dispute. On January 13, 2026, the Court entered an order granting the Motion to Dismiss. *See* (ECF No. 23). In that order, the Court explained that it was declining to exercise jurisdiction based on the parallel state court proceedings. *See* (ECF No. 23); *see also Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995); *Brillhart v. Excess Insurance Co. of America*, 316 U.S. 491 (1942). The Court entered judgment dismissing the case on the same day. *See* (ECF No. 22).

SNIC has now file a Request for Clarification, in which SNIC requests that the Court approve the Stipulation. *See* (ECF No. 24 ("Request")). However, the Court has declined to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07863-SPG-SK | Date | February 10, 2026 |
|---|---|---|---|
| Title | State National Insurance Company v. Amir Mostafavi et al. | | |

exercise jurisdiction over this dispute. *See* (ECF No. 23). Thus, the Court declines to enter a declaratory judgment in favor of SNIC against Abittan, and DENIES the Request and Stipulation.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg